**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Luis Arevalo, | CV 05-3249-PHX-NVW (LOA) |
| Plaintiff, | **ORDER FOR PAYMENT** |
| v. | **OF INMATE FILING FEE** |
| Charles DeRosa, et al., | |
| Defendants. | |

**TO CHARLES DEROSA, FEDERAL CORRECTIONAL CENTER– PHOENIX WARDEN.**

Plaintiff Jose Luis Arevalo, #06927-196, presently confined in the Federal Correctional Center in Phoenix, Arizona, has been assessed an initial partial filing fee of $3.12 for this action pursuant to 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, Plaintiff will be obligated to make monthly payments in the amount of 20 percent of the preceding month's income credited to Plaintiff's trust account. The Warden of the Federal Correctional Center – Phoenix is required to send to the Clerk of Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $250.00 is paid in full. 28 U.S.C. § 1915(b)(2).

**IT IS THEREFORE ORDERED:**

(1) The Warden of the Federal Correctional Center – Phoenix, or his designee shall collect from Plaintiff's trust account an initial partial filing fee in the amount of $5.18 and shall forward the amount to the Clerk of Court. Said payment shall be clearly identified by the name and number assigned to this action;

(2) That the Warden of the Federal Correctional Center – Phoenix or his designee shall collect the filing fee from Plaintiff's trust account by collecting monthly payments in an amount equal to 20 percent of the preceding month's income credited to Plaintiff's trust account and forwarding the payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the name and number assigned to this action;

(3) The Clerk of Court is directed to serve by mail a copy of this Order on Warden Charles DeRosa, Federal Correctional Institution–Phoenix, 37900 N. 45th Avenue, Phoenix, AZ 85086;

(4) The Clerk of Court is directed to serve a copy of this Order on the United States Attorney for the District of Arizona; and

(5) The Clerk of Court is directed to forward a copy of this Order to Financial Administration for the Phoenix Division of the U.S. District Court for the District of Arizona. Financial Administration shall set up an account to receive payments toward the $250.00 filing fee for this action and shall notify the Court when the filing fee is paid in full.

DATED this 31st day of October, 2005.

_____
Neil V. Wake
United States District Judge